441 A.2d 776

Kennedy, Appellant v. Waterman Steamship & Del. Oper. Co.

Petition for Allowance of Appeal Denied June 4, 1982.

 Argued December 5, 1980. Stanley B.

568

Gruber, for appellant; Thomas Lane Anderson, for Waterman, appellee; Thomas E. Seus, for Delaware, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.